UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLEAR CREEK VILLAGE HOMES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-CV-151-RLY-MG |
| ALLIED INSURANCE COMPANY OF AMERICA | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court, having considered the Parties' Joint Stipulation of Dismissal with Prejudice, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed in its entirety against Defendant with prejudice, with each party to bear her or its own costs and attorneys' fees.

Date: 3/03/2022

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

**All Counsel of Record via ECF**